IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **In the Matter of**: | } | Bankruptcy Case No. 22-80097 |
| | } | |
| Miroslaw Szkutnik | } | Judge Thomas M. Lynch |
| | } | |
| | } | Chapter 13 |
| | } | |
| **Debtor(s)** | } | Boone County |

TO:   **Lydia Meyer**, Chapter 13 Trustee, P.O. Box 14127, Rockford, IL 61105-4127, via electronic notification;

Magdalena Fullick, 6975 Garden Prarie Road, Garden Prarie, IL 61038, via U.S. Mail;

**Miroslaw Szkutnik,** 3902 Lilac Lane, Belvidere, IL 61008, via U.S. Mail; and

See Attached List

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 8707 Skokie Blvd., Suite 312, Skokie, IL 60077 on May 4, 2022, except that the Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

/s/ David Freydin                    5/4/2022
David Freydin, Esq                Date
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, IL  60077
Phone: 847.972.6157

```
Label Matrix for local noticing      U.S. Bankruptcy Court              Amita Health
0752-3                               Western Division                   PO BOX 775276
Case 22-80097                        327 South Church Street             Chicago, IL 60677-5276
Northern District of Illinois        Rockford, IL 61101-1320
Western Division
Mon Jan 31 11:23:55 CST 2022

(p)PNC BANK RETAIL LENDING           Blue Cross Blue Shielf of Illinois  Capital One
P O BOX 94982                        PO BOX 7344                         Attn: Bankruptcy
CLEVELAND OH 44101-4982              Chicago, IL 60680-7344              Po Box 30285
                                                                         Salt Lake City, UT 84130-0285


Citibank                             Costco Anywhere Visa Card           North American Partners in Anesthes
Citicorp Credit Srvs/Centralized Bk dept  Attn: Bankruptcy               2600 University Pkwy
Po Box 790034                        Po Box 6500                         Coralville, IA 52241-3204
St Louis, MO 63179-0034              Sioux Falls, SD 57117-6500


Northwest Medicine                   Us Bank Home Mortgage               Wells Fargo Bank NA
PO BOX 4090                          Attn: Bankruptcy                    1 Home Campus Mac X2303-01a
Carol Stream, IL 60197-4090          4801 Frederica St                   3rd Floor
                                     Owensboro, KY 42301-7441            Des Moines, IA 50328-0001


David Freydin                        Lydia Meyer                         Miroslaw Szkutnik
Law Offices of David Freydin Ltd     Lydia Meyer - 13 Trustee            3902 Lilac Lane
8707 Skokie Blvd                     P.o. Box 14127                      Belvidere, IL 61008-8185
Suite 312                            Rockford, IL 61105-4127
Skokie, IL 60077-2269


Patrick S Layng
Office of the U.S. Trustee, Region 11
780 Regent St.
Suite 304
Madison, WI 53715-2635
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
BBVA                                 (d)BBVA Compass                     End of Label Matrix
Attn: Bankruptcy                     Attn: Bankruptcy                    Mailable recipients   15
Po Box 10566                         P.O. Box 10566                      Bypassed recipients    0
Birmingham, AL 35296                 Birmingham, AL 35296                Total                 15
```